

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Dywayne Ralston,

\* From the 104th District Court
of Taylor County,
Trial Court No. 21664B.

Vs. No. 11-19-00327-CR

\* September 25, 2020

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Appellant pleaded NOT TRUE and that Appellant violated the following conditions of community supervision: CONDITIONS A, B, AND I AS REFLECTED IN ALLEGATIONS 1, 2, 4, 5, 6, 7, AND 9 OF THE STATE'S MOTION TO REVOKE. As modified, we affirm the judgment of the trial court.